UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FLOR ALVAREZ,

        Petitioner,

    v.

MOISES BECERRA, et al.,

        Respondents.

No.  1:26-cv-00008 DC SCR

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF No. 13)

Petitioner is a federal immigration detainee proceeding through counsel in this habeas corpus action filed pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 4, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within seven days.  Petitioner filed objections to the findings and recommendations that clarified she does not seek to "circumvent immigration custody determinations" but maintains that her "prolonged detention now exceeding sixteen months" violates due process.  ECF No. 14 at 2.  Petitioner further clarifies that she raised medical concerns "not as an independent basis for release, but as part of the broader due process assessment of continued civil confinement."  Id. at 2.  The undersigned has considered those limited objections, which Petitioner states are raised in order "to preserve her constitutional

1

claims," and finds they do not serve as a basis to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 13) are ADOPTED;

2. Petitioner's application for a writ of habeas corpus (ECF No. 1) is DENIED; and

3. The Clerk of the Court is directed to enter judgment in favor of Respondents and to close this case.

IT IS SO ORDERED.

Dated:    **June 10, 2026**

Dena Coggins
United States District Judge